UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>)<br>Guerrero-Ayala et al., )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 07CR3380-L<br>07MJ2800<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Azucena Valderrama-Gutierrez

DATED: 12/18/07

Ruben B. Brooks
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk